| | |
|---|---|
| Ricardo J. Prieto<br>(admitted *Pro Hac Vice*)<br>rprieto@eeoc.net<br>SHELLIST \| LAZARZ \| SLOBIN LLP<br>11 Greenway Plaza, Suite 1515<br>Houston, Texas 77046<br>Telephone: (713) 621-2277<br>Facsimile: (713) 621-0993<br><br>Melinda Arbuckle<br>(Cal. Bar No. 302723)<br>marbuckle@eeoc.net<br>SHELLIST \| LAZARZ \| SLOBIN LLP<br>5670 Wilshire Boulevard, Suite 1800<br>Los Angeles, California 90036<br>Telephone: (713) 621-2277<br>Facsimile: (713) 621-0993<br><br>*Counsel for Plaintiff, Francisco Rios, and Proposed Class and Collective Action Members* | **EMILIO LAW GROUP, APC**<br>LAURIE M. CORTEZ, SBN 289902<br>JUSTIN G. SCHMIDT, SBN 248872<br>DANIEL G. EMILIO, SBN 164892<br>12832 Valley View Street, Suite 106<br>Garden Grove, California 92845<br>Telephone:  (714) 379-6239<br>Fax:  (714) 379-5444<br><br>*Counsel for Defendants* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| FRANCISCO RIOS, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HM FOODS LLC d/b/a THE LOCAL and HOMAN MOFIDI, individually,<br><br>　　　　Defendants. | **Case No.: 8:21-cv-01227-JLS-DFM**<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

1 | The Parties respectfully notify the Court that the Parties have agreed in
principle to settle the above-captioned matter. Counsel for the Parties are in the
process of preparing and finalizing the Settlement Agreement. The Parties intend
to file closing documents as soon as practicable, but respectfully request that the
Court maintain this case on its docket for an additional 30 days while the Parties
complete settlement paperwork. The Parties will notify the Court if they require
additional time to submit closing document.

Dated: November 1, 2021

                        Respectfully submitted,

                        By:    *s/Melinda Arbuckle*
                              Melinda Arbuckle

Melinda Arbuckle (Cal. Bar No. 302723)
marbuckle@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
5670 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

&

Ricardo J. Prieto (to be admitted *Pro Hac Vice*)
rprieto@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiff and Proposed Class and Collective Action Members*


                        By:   /s/ Laurie M. Cortez

**EMILIO LAW GROUP, APC**
LAURIE M. CORTEZ, SBN 289902
12832 Valley View Street, Suite 106
Garden Grove, California 92845
Telephone:   (714) 379-6239
Fax:           (714) 379-5444

*Counsel for Defendants*